| | | | |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | AUSA: Tom Franzinger<br>Special Agent: Scott Smith | Telephone: (313) 226-9774<br>Telephone: (313) 400-8482 | |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
  v.
Antonio Deaundre Jamar MITCHELL

Case No. Case: 2:22−mj−30056
Assigned To : Unassigned
Assign. Date : 2/7/2022
Description: CMP USA v. SEALED MATTER (SO)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 13, 2022__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C.§ 922(g)(1) | Possession of a firearm by a prohibited person. |

This criminal complaint is based on these facts:
See attached Affidavit

☐ Continued on the attached sheet.

_Complainant's signature_

Special Agent Scott Smith, DEA
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: February 7, 2022

City and state: Detroit, MI

_Judge's signature_

Hon. Jonathan J.C. Grey, United States Magistrate Judge
_Printed name and title_

# AFFIDAVIT

I, Scott Smith, being first duly sworn, hereby depose and state as follows:

1. I am a Special Agent for the Drug Enforcement Administration (DEA). As such, I am an investigative or law enforcement officer of the United States, within the meaning of 18 U.S.C. § 2510(7) and am empowered by the law to conduct investigations of and to make arrest for offenses enumerated in 18 U.S.C. § 2516. I have been employed by the DEA as a Special Agent since March 2005. I am currently assigned to the Detroit Airport Office, Detroit Transportation Interdictions Unit, which focuses on the interdiction of illegal drugs, drug related currency, and related evidence, primarily being moved through the roadways, airports, and parcels. I have received training in, and have experience in, the investigation of violations of federal drug and money laundering laws and related offenses, including firearm violations. Previously, I was employed as a Special Agent with the United States Secret Service for over three years and also as a police officer in the City of Bowling Green, Ohio for over three years. During my career in law enforcement, I have been involved in the execution of numerous search and seizure warrants, made arrests for violations of state and federal laws, and authored supporting affidavits.

2. This Affidavit is made in support of an application for a criminal complaint and warrant to arrest Antonio Deaundre Jamar MITCHELL, Date of

1

Birth: XX/XX/1985, for charges in violation of 18 U.S.C. § 922(g)(1), possession of a firearm by a prohibited person.

3. The facts in this affidavit come from my review of information provided to me by other law enforcement officers, witnesses, and individuals with knowledge of this matter, as well as my investigation and review of records and documents. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge regarding this matter.

4. On or about January 13, 2022, Antonio MITCHELL was in possession of two firearms: a Ruger 57, 5.7 x 28 mm (serial number 641-76877) and a FN Herstal 5.7 x 28 mm (serial number 386367012), in violation of 18 U.S.C. § 922(g). MITCHELL was prohibited from possessing firearms or ammunition as a result of his prior felony conviction in 2009 in the State of Arizona for aggravated assault with a deadly weapon. MITCHELL entered prison on February 10, 2009, and was released from prison on September 10, 2016.

5. On January 13, 2022, as part of an ongoing investigation, investigators conducted surveillance in the area of MITCHELL's known residence, 4145 Frazho Road, Apartment 101, Warren, MI 48091. At approximately 1:07 PM, investigators observed MITCHELL exit his apartment building carrying a white parcel. MITCHELL entered his vehicle with the parcel and departed the area.

6. At approximately 1:18 PM, investigators observed MITCHELL arrive at the United States Post Office, located at 26056 Van Dyke Ave., Centerline, MI 48015. MITCHELL exited his vehicle and entered the post office carrying the parcel. MITCHELL exited the post office approximately 10 minutes later and departed the area.

7. Investigators then interviewed the postal employee who assisted MITCHELL mail the parcel. The employee stated that MITCHELL requested to ship his parcel via Priority Express Mail. The employee told MITCHELL that his parcel was the wrong type of box for Priority Express Mail. The employee provided to MITCHELL the correct type of box and instructed MITCHELL that he would have to repackage and relabel his parcel. The employee then watched MITCHELL move to the far corner of the post office, remove the contents from his box, and repackage the contents in the provided Priority Express Mail box. The employee stated MITCHELL paid the $76.15 shipping fee in cash.

8. Investigators seized MITCHELL's parcel from the post office and reviewed the shipping label. According to the label, the parcel was being sent from "Xavier Washington, 4145 Frazho Rd., Apt 102, Warren, MI 48901" to an address in Las Vegas, Nevada.

9. On January 14, 2022, investigators executed a federal search warrant on the parcel. Inside, investigators found the Ruger 57, 5.7 x 28 mm (serial number

3

641-76877) and a FN Herstal 5.7 x 28 mm (serial number 386367012), each with unloaded magazines. The firearms were each contained in two separate black socks, wrapped in t-shirts and dryer sheets, and the entirety of the items were then wrapped in bubble wrap and taped.

10. On February 1, 2022, Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) Special Agent Nathan Triezenberg verified that neither of these firearms were manufactured within the State of Michigan, and therefore have traveled in interstate commerce.

11. Based upon the foregoing, there is probable cause to believe Antonio Deaundre Jamar MITCHELL has knowingly violated Title 18, United States Code, Section 922(g)(1), possession of a firearm by a prohibited person. Accordingly, this Affiant respectfully requests that this Court issue a complaint and arrest warrant.

Respectfully submitted,

_____
Scott M. Smith, Special Agent
Drug Enforcement Administration

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
Hon. Jonathan J.C. Grey
UNITED STATES MAGISTRATE JUDGE

4